336 A.2d 315
**COMMONWEALTH of Pennsylvania**
v.
**Charles ROCHELLE, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 11, 1975.

Decided April 17, 1975.

John J. Dean, Stephen P. Swem, Pittsburgh, for appellant.

John J. Hickton, Dist. Atty., Robert L. Eberhardt, Asst. Dist. Atty., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

■■ The appellant stands convicted of murder in the first degree and here argues that the evidence was insufficient to support the verdict. Viewing the evidence, as we must, in the light most favorable to the Commonwealth, *Commonwealth v. Murray,* 460 Pa. 605, 334 A.2d 255 (filed March 18, 1975); *Commonwealth v. Paquette,* 451 Pa. 250, 301 A.2d 837 (1973), we find the evidence sufficient to sustain the verdict of the jury beyond a reasonable doubt.

Judgment affirmed.